# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DARRYL M. TUCKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07CV160 |
| ) | |
| ) | |
| JOE DRIVER, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court pursuant to a Motion filed by the Respondent seeking additional time to file his response to the Petitioner's Application for Writ of Habeas Corpus filed on November 13, 2007. For good cause shown, the Respondent should be given additional time to file a response. For this reason, it is hereby

**ORDERED** that the Respondent shall have until December 28, 2007, to file a response to the Petitioner's Application for Writ of Habeas Corpus.

DATED: *December 18, 2007*

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE