IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DARRYL M. TUCKER, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.: 1:07cv160 |
| JOE DRIVER, Warden | ) |
| Respondent. | ) |

### ORDER

The Respondent, having moved the Court pursuant to the E-Government Act of 2002 to file unredacted document under seal herein, more specifically, Attachments B and C to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court via facsimile, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachments B and C to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: January 2, 2008

UNITED STATES MAGISTRATE JUDGE